FOX ROTHSCHILD LLP
Yann Geron, Esquire
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: 212.878.7900
Facsimile: 212.692.0940
ygeron@foxrothschild.com

*Counsel to PricewaterhouseCoopers, Inc.,
Monitor to William Switzer & Associates, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WILLIAM SWITZER & ASSOCIATES, LTD.,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No.: 11-_____ |

## STATEMENT OF FOREIGN REPRESENTATIVE
## PRICEWATERHOUSECOOPERS, INC. PURSUANT TO 11 U.S.C. § 1515(c)

PricewaterhouseCoopers, Inc. ("PWC"), in its capacity as the duly appointed foreign representative, as defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), of William Switzer & Associates, Ltd. (the "Debtor"), a debtor in a foreign proceeding, as defined in Bankruptcy Code section 101(23), pending before the Supreme Court of British Columbia under No. S113206, Vancouver Registry (the "Canadian Proceeding"), hereby states as follows:

1. PWC has been informed that Bankruptcy Code section 1515(c) provides that a "petition for recognition shall also be accompanied by a statement identifying all foreign proceedings with respect to the debtors that are known to the foreign representative." 11 U.S.C. § 1515(c).

2. The Debtor is subject to the Canadian Proceeding. PWC believes that the

Canadian Proceeding is a "foreign main proceeding" as it has been advised that term is defined in Bankruptcy Code section 1502(4). The Debtor's worldwide corporate headquarters is located at #6-611 Alexander St. Vancouver, BC V6A 1E1, Canada, which is presumed to be the Debtor's center of main interests within the meaning of Bankruptcy Code section 1516 of the Bankruptcy Code.

3. Upon information and belief, the Canadian Proceeding is the only foreign proceeding, as such term is defined in Bankruptcy Code section 101(23), with respect to the Debtors known to PWC.

4. PWC reserves its rights to amend or supplement this statement at any time.

5. I hereby certify under penalty of perjury of the laws of the United States of America that the foregoing statements are true and correct.

_____
MICHAEL J. VERMETTE

Executed on May 20, 2011

SWORN BEFORE ME AT THE CITY
OF VANCOUVER ON MAY 20, 2011

_____
A COMMISSIONER FOR TAKING
AFFIDAVITS FOR BRITISH
COLUMBIA.

MAGNUS C. VERBRUGGE
BARRISTER & SOLICITOR
1200 Waterfront Centre, 200 Burrard Street
P.O. Box 48600, Vancouver, Canada V7X 1T2
(604) 640-4198