FOX ROTHSCHILD LLP
Yann Geron, Esquire
100 Park Avenue, Suite 1500
New York, New York 10017
Telephone: 212.878.7900
Facsimile: 212.692.0940
ygeron@foxrothschild.com

*Counsel to PricewaterhouseCoopers, Inc.,
Monitor to William Switzer & Associates, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WILLIAM SWITZER & ASSOCIATES, LTD.,<br><br>           Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No.: 11-12449 (REG) |

**ORDER GRANTING MOTION TO CLOSE CHAPTER 15 CASE**

       This matter having been brought before this Court by PricewaterhouseCoopers, Inc. (the "<u>Monitor</u>"), in its capacity as the duly authorized foreign representative and monitor of William Switzer & Associates, Ltd. (the "<u>Debtor</u>"), to consider the Monitor's Motion to Close Chapter 15 Case[1] pursuant to sections 350(a) and 1517(d) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and due and timely notice of the Motion having been given under the circumstances; and this Court having considered and reviewed the pleadings and exhibits submitted by the Monitor in support of the Motion and objections to the Chapter 15 Petition, if any; and after due deliberation and sufficient cause appearing therefor; and a hearing having taken place on November 2, 2011;

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them by the Motion.

THIS COURT FINDS AND CONCLUDES AS FOLLOWS:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(P).

B.  Venue is proper in this district pursuant to 28 U.S.C. § 1410.

C.  The statutory bases for the relief requested are Bankruptcy Code sections 350(a) and 1517(d).

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.  This Chapter 15 proceeding is hereby closed, without prejudice to the right to seek an order reopening the case pursuant to Bankruptcy Code section 350(b).

2.  Notwithstanding the dismissal of this Chapter 15 case, all orders entered by this Court and the Canadian Court shall remain in full force an effect.

3.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      November *2*, 2011                  *s/ Robert E. Gerber*
                                             The Honorable Robert E. Gerber
                                               United States Bankruptcy Judge